

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-09-00347-CR

| | | |
|---|---|---|
| Jeromy Gaddy | § | From the 16th District Court |
| | § | of Denton County (F-2008-2289-A) |
| | § | May 15, 2014 |
| v. | § | Opinion by Justice Gabriel |
| | § | Dissent by Justice Dauphinot |
| | § | (en banc) |
| The State of Texas | § | (p) |

## JUDGMENT ON REMAND

This appeal is on remand from the Court of Criminal Appeals.

This court has again considered the record on appeal in this case and holds that there was error in the trial court's judgment. It is ordered that the judgment of the trial court is reversed and this case is remanded to the trial court for further proceedings consistent with this opinion.

SECOND DISTRICT COURT OF APPEALS

/s/ Lee Gabriel

By _____

Justice Lee Gabriel